United States District Court
Southern District of Texas
**ENTERED**
June 05, 2026
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **ISREL MARTINEZ-GONZALEZ,** | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. **1:26-cv-591** |
| | § | |
| **MIGUEL VERARA**, in his official | § | |
| capacity, Field Office Director of | § | |
| Enforcement and Removal | § | |
| Operations, Harlingen Field Office of | § | |
| Immigration and Customs | § | |
| Enforcement. *et al.*, | § | |
| Respondents. | § | |

### ORDER

Before the Court is Petitioner Isrel Martinez-Gonzalez's "Petition for Writ of Habeas Corpus" ("§ 2241 Petition"); Martinez-Gonzalez, a citizen of Cuba, lists various Respondents (collectively, the "Government"). Dkt. No. 1 at 1. Martinez-Gonzalez claims that his re-detention under 8 U.S.C. § 1231 violates the Fifth Amendment's Due Process Clause. Dkt. No. 1 at 8–12.

It does not plainly appear from Martinez-Gonzalez's § 2241 Petition that he is not entitled to the requested relief. Martinez-Gonzalez's allegations, taken together, suffice to raise genuine questions as to whether his continued detention violates federal law and the United States Constitution. Therefore, the Court must "forthwith award the writ [of habeas corpus] or issue an order directing the respondent to show cause why the writ should not be granted." 28 U.S.C. § 2243. "The writ, or order to show cause shall be directed to the person having custody of the person detained," and must be returned within three days unless good cause exists to require additional time, not to exceed twenty days. *Id.*

Martinez-Gonzalez is held at the Port Isabel Detention Center ("PIDC") in Los Fresnos, Texas. Dkt. No. 1 at 2.  Martinez-Gonzalez's custodian then, would appear to be the warden of PIDC.  *Rumsfeld v. Padilla*, 542 U.S. 426, 440 n.13 (2004) (noting that "the proper respondent [in a § 2241 habeas action] is the person responsible for maintaining…the custody of the prisoner."); *Salmon v. Bureau of Immigration and Customs Enforcement*, 1:08-cv-003, 2008 WL 11395491 at *1–2 (S.D. Tex. 2008) (Recio, J.) (Report and Recommendation adopted by Tagle, J.) (noting that the proper respondent was the warden of Port Isabel Detention Center where petitioner was detained).  However, it is unclear from the filings, as to who is currently the warden of PIDC.

The Government is **ORDERED** to file a response to Martinez-Gonzalez's § 2241 Petition on or before **June 22, 2026**.  If Martinez-Gonzalez wishes to file a reply to the Government's response, he must do so within **7 days** of receiving the Government's response.  Martinez-Gonzalez Mayuri and the Government are **DIRECTED** to inform the Court as to who is the warden of PIDC.

**SO ORDERED**.


**SIGNED** on this **5th** day of **June, 2026**, at Brownsville, Texas.


_____
**Ignacio Torteya, III**
**United States Magistrate Judge**